UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FITZPATRICK, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>       v.<br><br>BIG HEART PET BRANDS,<br><br>             Defendant. | No.  2:16-cv-00063-JAM-AC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR STAY AND GRANTING DEFENDANT'S MOTION TO DISMISS** |

   This matter is before the Court on two separate motions.[1] First, Susan Fitzpatrick ("Plaintiff") moves the Court to stay proceedings in this matter pending an appellate decision in Susan Fitzpatrick v. Tyson Foods, Inc., No. 2:16-cv-00058-JAM-EFB, 2016 WL 5395955 (E.D. Cal. Sep. 27, 2016).  ECF No. 23.  Plaintiff's Motion to Stay is DENIED.

   Second, Big Heart Pet Brands ("Defendant") moves the Court to dismiss this entire action under Federal Rule of Civil

---

[1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L.R. 230(g).  The hearing was scheduled for November 15, 2016.

1

1  Procedure 12(b)(6).  ECF No. 24.  For the reasons set forth in
2  this Court's dismissal of Plaintiff's related lawsuit,
3  Fitzpatrick, 2016 WL 5395955, the Court GRANTS WITH LEAVE TO
4  AMEND Defendant's Motion to Dismiss.  With respect to Plaintiff's
5  quasi-contract claim—which was not present in the related
6  lawsuit—the Court treats Plaintiff's failure to respond to
7  Defendant's argument that the Court's prior holding extends to
8  that claim as a concession on that point.  See Mot. to Dismiss at
9  7, n.3.
10     Plaintiff's amended complaint must be filed within twenty
11 days from the date of this Order.  Defendant's responsive
12 pleading is due within twenty days thereafter:
13     IT IS SO ORDERED.
14     Dated:  November 28, 2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2