UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FITZPATRICK, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>BIG HEART PET BRANDS,<br><br>            Defendant. | No.  2:16-cv-00063-JAM-AC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

    On November 28, 2016, the Court granted Defendant Big Heart Pet Brands' Motion to Dismiss in the above-captioned matter.  The Court granted Plaintiff Susan Fitzpatrick twenty days to file an amended complaint.

    On December 9, 2016, Plaintiff notified the Court that she will not amend her complaint and requested that the Court make its November 28, 2016 Order final so Plaintiff can file an appeal.

///

///

///

1

1 Accordingly, for the reasons set forth in the Court's
2 November 28, 2016 Order, this case is dismissed in its entirety
3 with prejudice.
4 IT IS SO ORDERED.

6 Dated: December 9, 2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2